NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAYLASAATHI TILLACKDHARRY,**
*Petitioner,*

**v.**

**DEPARTMENT OF STATE,**
*Respondent.*

---

2011-3176

---

Petition for review of the Merit Systems Protection Board in case no. PH0752100419-I-1.

---

**ON MOTION**

---

**O R D E R**

MaylaSaathi Tillackdharry moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 2 1 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  MaylaSaathi Tillackdharry
      Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 1 2011

JAN HORBALY
CLERK